IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. JONES,

    Plaintiff,

v.

OFFICER VETTER, OFFICER GRAFF,
OFFICER BRAACH, SGT. MORRIN,
OFFICER MORGAN, SGT. MILLER,
OFFICER KRATZ, OFFICER ULRICH,
OFFICER PARENTEAU, OFFICER BECK,
OFFICER MORRISON, JANEL NICKEL,
GREG GRAMS, PORTAGE COUNTY, WI,
WI. DEPARTMENT OF CORRECTIONS,
SGT. PAUL, SGT. BOBIAK, SGT. NAPTON
and OFFICER GIBSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-516-wmc

This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case as legally frivolous.

_____       2/10/11
Peter Oppeneer, Clerk of Court              Date